

Signed and Filed: July 3, 2017

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST. SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 420-0123 FAX

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

SHARON NOELE HARRIS,

    Debtor.

Case No. 17-30593 HLB

Chapter 13

ORDER GRANTING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM

    **On June 30, 2017, Sharon Harris** (the "Debtor") filed a Motion For Referral To Mortgage Modification Mediation Program [Dkt. No 17] (the "Motion"). Upon due consideration, and for good cause shown, the Court hereby orders as follows:

1. The Motion is granted.
2. **Sharon Harris** (the "Debtor") and the Debtor and **Wells Fargo Bank, NA** (the "Lender") are required to participate in the Mortgage Modification Mediation Program (the "MMM Program") in good faith.
3. **E. Alexandra DeLateur, Esq.** (the "Mediator") is designated to serve as the MMM Program mediator in this case.

SUBSTITUTION OF ATTORNEY

4. The current procedures and deadlines set forth in the Mortgage Modification Mediation Program Procedures (the "MMM Procedures") attached hereto as **Exhibit A** are incorporated into this Order.

5. The automatic stay provided for under 11 U.S.C. § 362(a) shall be modified to the extent necessary to facilitate the MMM Program pursuant to this Order.

*** END OF ORDER***

SUBSTITUTION OF ATTORNEY

Case: 17-30593    Doc# 23    Filed: 07/03/17    Entered: 07/03/17 16:42:05    Page 2 of 3

**COURT SERVICE LIST**

ECF Participants notified electronically.